IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

D.M., A MINOR BY AND THROUGH HER )
MOTHER AND NATURAL GUARDIAN, )
KATIE DATES, )
 )
       Plaintiff, )
vs. ) Case No.
 )
FPKS APARTMENTS, LLC, D/B/A AS EMERY )
GARDENS, )
 )
       Defendant. )
 )

## COMPLAINT

COMES NOW the Plaintiff, by and through counsel, Patrick A. Turner and Richard W. James of DeVaughn James Injury Lawyers and for her claims against the defendant, alleges and states:

1. Plaintiff is a resident of Wichita, Kansas.

2. The Defendant, FPKS Apartments, LLC, is a foreign limited liability company organized in the State of Delaware. It may be served through its resident agent, VCORP Services, LLC, 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

3. This Court has jurisdiction over the persons and subject matter.

4. Venue is proper in the Wichita division of the United States District Court for the District of Kansas.

5. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

6. On or about October 1, 2019, Plaintiff was walking on the stairs leading to her apartment at Emery Gardens, located at 4244 S. Hydraulic Ave., Wichita, Kansas 67216 ("Apartment").

7. At all times material hereto, there was no operative lighting in the stairwell leading to Plaintiff's apartment.

8. As Plaintiff was walking on the stairs to her apartment, she fell down the stairs due to the area being completely dark as a result of the inoperative lighting.

9. Plaintiff had no other entry or exit path to/from her apartment.

10. Prior to Plaintiff's fall, Plaintiff's mother had verbally notified the Defendant's employees and/or agents about the inoperative lighting on multiple occasions.

11. Defendant's employees and/or agents were aware of this hazardous condition prior to Plaintiff's fall.

12. Defendant's employees and/or agents negligently failed to maintain the stairway lighting, and in doing so, failed to remedy the hazardous condition.

13. Through principles of respondent superior and vicarious liability, Defendant is responsible for the negligence of its employees and/or agents.

14. As a result of Defendant's negligence, Plaintiff sustained serious bodily injury, medical expenses, and has incurred non-economic damages such as pain and suffering. Furthermore, Plaintiff reasonably expects to incur future medical expenses, and future non-economic damages such as pain and suffering.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

/s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com

## DEMAND FOR JURY TRIAL

COMES NOW the plaintiff and demands a trial by a jury in this matter.

/s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com

## DESIGNATION FOR PLACE OF TRIAL

COME NOW the plaintiff and designates Wichita, Kansas as the place for trial of this matter.

/s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
DeVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com

4